FILED
SEP 28 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WHOLE FOODS MARKET IP, L.P.,
        Plaintiff,

-vs-                                         Case No. A-12-CA-633-SS

VITAMIN SHOPPE INDUSTRIES, INC.,
        Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Notice of Dismissal [#6] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Notice of Dismissal [#6] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

    IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 28th day of September 2012.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE